UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:25-cv-24580-KMM

**NEKO 2018 A, LLC,**

    **Plaintiff,**

v.

**DOWNS LAW GROUP, P.A.,**

    **Defendant.**

_____/

## NOTICE OF FILING AGREED BUDGET UNDER SEAL

Michael Goldberg (the "Collateral Receiver")[1], hereby files the Agreed Budget under seal pursuant to the Court's Paperless Order of October 17, 2025 [ECF 29] directing him to file the Initial Budget and budget through March 1, 2026 under seal.

Dated: October 21, 2025

Respectfully submitted,

Michael I. Goldberg, Esq.
Florida Bar Number: 886602
AKERMAN LLP
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, Florida 33301
Phone: (954) 463-2700
Fax: (954) 463-2224
Email: Michael.goldberg@akerman.com
Email: Charlene.cerda@akerman.com

 /s/ Michael I. Goldberg, Esq
Michael I. Goldberg, Esq.

---

[1] Appointed by the Court on October 9, 2025 [ECF 23].

83644500;1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on October 17, 2025 a true and correct copy of the foregoing was served on all parties of record via e-mail as follows:

**Alan Michael Burger, Esq.**
aburger@mcdonaldhopkins.com
acrocco@mcdonaldhopkisn.com
**Patrick O'Meara, Esq.**
pomeara@mcdonaldhopkins.com
**Steven J. Rosenfeld, Esq.**
srosenfeld@mcdonaldhopkins.com
**Gavin Cunningham Gaukroger, Esq.**
ggaukroger@bergersinerman.com
ablanco@bergersingerman.com
drt@bergersingerman.com
DRT@ecf.inforuptcy.com
ltorres@bergersingerman.com
**Jordi Guso, Esq.**
jguso@begersingerman.com
drt@bergersingerman.com
drt@ecf.courtdirve.com
fsellers@bergersingerman.com
**Maxwell Harrison Sawyers, Esq.**
msawyer@bergersingerman.com
**Paul Steven Singerman, Esq.**
singerman@bergersingerman.com
drt@bergersingerman.com
drt@ecf.courtdirve.com
hmoreno@bergersingerman.com

                                                                       */s/ Michael I. Goldberg, Esq*